IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAY 16 2017


Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SWAN VIEW COALITION, FRIENDS OF THE WILD SWAN, NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> CHIP WEBER, Flathead National Forest Supervisor, LEANNA MARTEN, Regional Forester of Region One of the U.S. Forest Service, and the UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture, <br><br> Defendants. | CV 16–153–M–DWM <br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 16th day of May, 2017.

Donald W. Molloy, District Judge
United States District Court